FILED
CLERK, U.S. DISTRICT COURT

AUG - 7 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>PAUL BARRAGAN,<br><br>                Defendant. | CASE NO. EDCR-19-00126-JGB-16<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. ( ) the safety of any person or the community.

2. The Court concludes:

   A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____
_____
_____
_____
_____
_____

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _absconding from supervision_

_____
_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: August 7, 2025

_Alicia G. Rosenberg_
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)   Page 2 of 2